# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

07 DEC 20 PM 4:25

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

KAREL SPIKES,

    Plaintiff,

vs

THE AUTO CENTER; CARLTON SELL, LLC and DOES 1 THROUGH 10, Inclusive,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

Case No.

**'07 CV 2395 LAB AJB**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Amy B. Vandeveld, Esq.
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue
San Diego, CA 92101
(619) 231-8883

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____W. Samuel Hamrick, Jr._____         _____12/20/07_____
             CLERK                                                                                DATE

By _J. HIN____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)