```
 1  Amy B. Vandeveld, Esq.
 2  1850 5th Avenue
 3  SAN DIEGO, CA. 92101
 4  619-231-8883
 5
 6                  UNITED STATES DISTRICT COURT
 7                 SOUTHERN DISTRICT OF CALIFORNIA
 8
 9  KAREL SPIKES,                  ) Case No. 07CV2395 LAB AJB
                                   )
10          PLAINTIFF,             ) PROOF OF SERVICE
                                   )
11      vs.                        )
                                   )
12  THE AUTO CENTER, et al.,       )
                                   )
13          DEFENDANT,             )
                                   )
14
15  _____
16      I, GREG COLE, declare as follows:
17      I am over the age of eighteen years and not a party to this
18  action. I am employed in the County of San Diego, California,
19  where the service occurred and my business address is 2250
20  Fourth Avenue, San Diego, CA 92101.
21      I served the following documents:
22      SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER
23  SHEET
24  //
25  //
```

PROOF OF SERVICE - 1

AMY B. VANDEVELD, ESQ. SBN 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO CA 92101
619-231-8883                Ref. No.     : 0297899-01
Attorney for : PLAINTIFF    Atty. File No. : 07CV295LABAJB

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF      : KAREL SPIKES                 Case No.: 07 CV 2395 LAB AJB
DEFENDANT      : THE AUTO CENTER, et al.      **PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3. a. Party served     :   THE AUTO CENTER
   b. Person served    :   CLAUDIO ARZILLO, OWNER
                           (AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served  8203 UNIVERSITY AVENUE
                                       LA MESA, CA 91941   (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on January 15, 2008  (2) at: 09:30 AM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:   THE AUTO CENTER
      under [xx] CCP 416.10 (corporation)

7. **Person who served papers**
   a. GREG COLE                                 d. Fee for service: $50.75
   b. KNOX ATTORNEY SERVICE, INC.               e. I am:
      2250 Fourth Avenue                           (3) a registered California process server
      San Diego, California 92101                  (i) an independent contractor
   c. 619-233-9700                                 (ii) Registration No.: 387
                                                   (iii) County: SAN DIEGO, CA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 16, 2008          Signature: _____
                                           GREG COLE

Jud. Coun. form, rule 982.9                **PROOF OF SERVICE**
JC Form POS 010 (Rev. January 1, 2007)