Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

KAREL SPIKES,

    Plaintiff,

        vs

THE AUTO CENTER; CARLTON SELL, LLC and DOES 1 THROUGH 10, Inclusive,

    Defendants.

**SUMMONS IN A CIVIL ACTION**
Case No.

'07 CV 2395 LAB AJB

TO: (Name and Address of Defendant)

CARLTON SELL, LLC
Agent: Carlton Sell
5370 Vista Del Dios
San Diego, CA 92130

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Amy B. Vandeveld, Esq.
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue
San Diego, CA 92101
(619) 231-8883

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

12/20/07
DATE

By J. _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

:ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AMY B. VANDEVELD, ESQ. SBN 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO CA 92101
619-231-8883    Ref. No.      : 0297900-01
Attorney for : PLAINTIFF    Atty. File No. : 07CV2395LABAJB

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF : KAREL SPIKES | | Case No.: 07 CV 2395 LAB AJB |
| DEFENDANT : THE AUTO CENTER, et al. | | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3. a. Party served    : CARLTON SELL, LLC.
                        AUTHORIZED AGENT FOR SERVICE: CARLTON SELL
   b. Person served   : CARLTON SELL, AUTHORIZED AGENT
                        (CAUC/M/70YRS/5'5"/140LBS/WHITE HAIR)

4. Address where the party was served 5370 VISTA DEL DIOS
                                      SAN DIEGO, CA  92130    (Residence)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on January 13, 2008 (2) at: 06:00 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:   CARLTON SELL, LLC.
                      AUTHORIZED AGENT FOR SERVICE: CARLTON SELL
      under [xx] Other   Limited Liability Company

7. **Person who served papers**
   a. JAMES ARNN                                          d. Fee for service: $50.75
   b. KNOX ATTORNEY SERVICE, INC.                         e. I am:
      2250 Fourth Avenue                                     (3) a registered California process server
      San Diego, California 92101                               (i) an employee
   c. 619-233-9700                                              (ii) Registration No. 152
                                                                (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 15, 2008          Signature: _James Arnn_
                                           JAMES ARNN

Jud. Coun. form, rule 982.9                 **PROOF OF SERVICE**
JC Form POS 010 (Rev. January 1, 2007)