```
1  CRAIG D. McMAHON, ESQUIRE (#97727)
   KIMBALL, TIREY & ST. JOHN
2  1202 Kettner Boulevard, Third Floor
   San Diego, California 92101
3  Telephone: (619) 231-1422
   Facsimile: (619) 234-7692
4
5  Attorneys for Defendants THE AUTO CENTER & CARLTON SELL, LLC
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>          Plaintiff,<br><br>vs.<br><br>THE AUTO CENTER; CARLTON SELL, LLC and DOES 1 THROUGH 10, inclusive,<br><br>          Defendants. | Case No. 07CV2395(LAB)AJB<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED by and between KAREL SPIKES, Plaintiff, on the one hand, and THE AUTO CENTER and CARLTON SELL, LLC, Defendants, on the other hand, (hereinafter "the Parties") through their respective attorneys of record that said Parties have agreed to extend time for Defendants, THE AUTO CENTER and CARLTON SELL, LLC to respond to Plaintiff's Complaint until February 25, 2008.

IT IS SO STIPULATED.

DATED: 1/28/08

LAW OFFICES OF AMY B. VANDEVELD

By: /s/ AMY B. VANDEVELD
AMY B. VANDEVELD,
Attorney for Plaintiff
E-mail: abvusdc@hotmail.com

KIMBALL, TIREY & ST. JOHN

DATED: 1/28/08

By:   S/Craig D. McMahon
CRAIG D. McMAHON
Attorney for Defendants
e-mail: craig.mcmahon@kts-law.com

-1-

JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT