# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>　　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>THE AUTO CENTER; CARLTON SELL, LLC and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 07cv2395-LAB (AJB)<br><br>**ORDER GRANTING JOINT MOTION, WITH ADMONITION**<br><br>[Dkt No. 5] |

　　　　The parties in this Americans With Disabilities Act case jointly move for an extension of time for defendants to respond to plaintiff's Complaint. The Complaint was filed December 20, 2007. Defendants were served on January 13, 2008 and January 15, 2008. Dkt Nos. 3, 4. The requested extension is to February 25, 2008.

　　　　The parties purport to proceed pursuant to Civil Local Rule 12.1. That rule provides: "Extensions of time for answering, or moving to dismiss a complaint shall only be secured by obtaining the approval of a judicial officer who shall base the decision on a showing of good cause." Civ. L. R. 12.1. However, the parties attempt no showing of *any* cause for the requested extension of time. Inasmuch as the request is for a relatively short extension and no prior request has been made, the Motion is **GRANTED**. The parties are admonished to provide a good cause showing should they need relief from any other deadline in this litigation, or the request will be denied for lack of justification.

　　　　**IT IS SO ORDERED**.

DATED: January 31, 2008

　　　　　　　　　　　　　　　　　　　　　　　*Larry A. Burns*
　　　　　　　　　　　　　　　　　　　　　　　**HONORABLE LARRY ALAN BURNS**
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

07cv2395