1  Amy B. Vandeveld, State Bar No. 137904
   LAW OFFICES OF AMY B. VANDEVELD
2  1850 Fifth Avenue, Suite 22
   San Diego, California  92101
3  Telephone:  (619) 231-8883
   Facsimile:  (619) 231-8329
4
   Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>  Plaintiff,<br><br>vs.<br><br>THE AUTO CENTER et al.,<br><br>  Defendants. | Case No.: 07 cv 2395 LAB (AJB)<br><br>NOTICE OF SETTLEMENT |

  NOTICE is hereby given that this case has settled.  The parties expect that they will be able to file the Stipulation of Dismissal on or before May 1, 2008.

                                    LAW OFFICES OF AMY B. VANDEVELD

DATED: 4/1      , 2008    By: /s/ Amy B. Vandeveld
                              AMY B. VANDEVELD,
                              Attorney for Plaintiff

## PROOF OF SERVICE

I, the undersigned, declare that: I am authorized to serve the following document(s) in the within action pursuant to F.R.Civ.P. 4(c) and that the documents were served on today's date as follows:

1. <u>Case Name/USDC Number</u>:
   **Spikes v. The Auto Center**
   **USDC No.: 07 cv 2395 LAB (AJB)**

2. <u>Document(s) served</u>:
   **NOTICE OF SETTLEMENT**

3. <u>Person(s) served/Place of service</u>:
   **Craig W. McMahon, Esq.**
   **KIMBALL TIREY & ST. JOHN LLP**
   **1202 Kettner Boulevard, Third floor**
   **San Diego, CA 92101**
   **Facsimile: (619) 234-7692**
   **Counsel for Defendants**

4. <u>Manner of Service</u>:

   ____ (a) <u>Personal Service</u>: By handing copies of the document(s) to the person served [F.R.Civ.P. 5(b)(2)(A)].

   ____ (b) <u>Service by Mail</u>: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid, at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit. [F.R.Civ.P. 5(b)(2)(B); Cal. Code of Civil Procedure, Sections 1013a, 2015]

   xx   (c) <u>Facsimile Transmission</u>: From Fax No. (619) 231-8329 to the facsimile number(s) listed on this proof of service. The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine. [[F.R.Civ.P. 5(b)(2)(D)].

   I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

Executed On: _____4/1/08_____

By: _____/s/ Laurie Miller_____
    LAURIE MILLER

1

```
            TRANSMISSION VERIFICATION REPORT

                                        TIME   : 04/01/2008 13:44
                                        NAME   : VANDEVELDESQ
                                        FAX    : 1
                                        TEL    : 6192318329
                                        SER.#  : BROA4J175914


  DATE,TIME               04/01  13:44
  FAX NO./NAME            2347692
  DURATION                00:00:34
  PAGE(S)                 02
  RESULT                  OK
  MODE                    STANDARD
                          ECM
```