cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,                ) | Civil No.07cv2395 LAB (AJB) |
|                              ) | |
|         Plaintiff,           ) | |
| v.                           ) | ORDER VACATING EARLY NEUTRAL |
|                              ) | EVALUATION CONFERENCE SETTING |
| THE AUTO CENTER; CARLTON SELL, ) | SETTLEMENT DISPOSITION |
| LLC and DOES 1 through 10, Inclusive, ) | CONFERENCE |
|                              ) | |
|         Defendants.          ) | |
|                              ) | |

    Due to the Notice of Settlement filed in the above entitled action, the April 21, 2008 Early Neutral Evaluation Conference is hereby vacated.  Accordingly, a telephonic Settlement Disposition Conference will be held on ***May 9, 2008 at 9:00 a.m.***  Counsel for plaintiff shall initiate the conference call.   The conference will go forward unless a joint motion for dismissal has been lodged and Judge Battaglia's chambers so notified prior to the conference.

    IT IS SO ORDERED.

DATED: April 2, 2008

                                          Hon. Anthony J. Battaglia
                                          U.S. Magistrate Judge
                                          United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28