```
Amy B. Vandeveld, State Bar No. 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue, Suite 22
San Diego, California  92101
Telephone:  (619) 231-8883
Facsimile:  (619) 231-8329

Attorney for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>    Plaintiff,<br><br>vs.<br><br>THE AUTO CENTER et. al.,<br><br>    Defendants. | Case No.: 07 cv 2395 LAB (AJB)<br><br>**JOINT MOTION TO CONTINUE SETTLEMENT DISPOSITION CONFERENCE**<br><br>[F.R.Civ.P. Rule 41 (a)(1), (2)] |

**IT IS HEREBY STIPULATED** by and between KAREL SPIKES, Plaintiff, on the one hand, and THE AUTO CENTER and CARLTON SELL, Defendants, on the other hand, (hereinafter "the Parties") through their respective attorneys of record, that said Parties have agreed to continue the Settlement Disposition Conference scheduled for May 9, 2008 at 9:00 a.m.

Plaintiff filed a Notice of Settlement on April 2, 2008 anticipating that a Joint Motion for Dismissal would be filed by May 1, 2008. After the Notice of Settlement was filed, an issue

arose regarding the location of the accessible parking space. That term needed to be resolved before the Settlement Agreement could be finalized and executed. The issue is now resolved and the Settlement Agreement can be finalized and executed by the parties.

GOOD CAUSE appearing, the parties respectfully request that the Court continue the Settlement Disposition Conference for fourteen days.

**IT IS SO STIPULATED.**

LAW OFFICES OF AMY B. VANDEVELD

DATED: 5/7/08

S/Amy B. Vandeveld
AMY B. VANDEVELD,
Attorney for Plaintiff
E-mail: abvusdc@hotmail.com

KIMBALL TIREY & ST. JOHN, LLP

DATED: _____

By: CRAIG W. McMAHON, ESQ.
Attorney for Defendants

2

1 | arose regarding the location of the accessible parking space.
2 | That term needed to be resolved before the Settlement Agreement
3 | could be finalized and executed. The issue is now resolved and
4 | the Settlement Agreement can be finalized and executed by the
5 | parties.
6 |     GOOD CAUSE appearing, the parties respectfully request that
7 | the Court continue the Settlement Disposition Conference for
8 | fourteen days.
9 |
10 |   **IT IS SO STIPULATED.**
11 |                                    LAW OFFICES OF AMY B. VANDEVELD
12 |
13 | DATED: 5/7/08                       S/Amy B. Vandeveld
14 |                                     AMY B. VANDEVELD,
                                         Attorney for Plaintiff
15 |                                     E-mail: abvusdc@hotmail.com
16 |                                     KIMBALL TIREY & ST. JOHN, LLP
17 |
18 | DATED: 5-7-08
19 |                                 By: /CRAIG W. McMAHON, ESQ.
                                         Attorney for Defendants
20 |
21 |
... (lines 22–28 blank)