Amy B. Vandeveld, SBN 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue, Suite 22
San Diego, California 92101
Telephone: (619) 231-8883
Facsimile: (619) 231-8329

Attorney for KAREL SPIKES

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>    Plaintiff,<br><br>vs.<br><br>THE AUTO CENTER; CARLTON SELL, LLC and DOES 1 THROUGH 10, Inclusive,<br><br>    Defendants. | Case No.: 07 cv 2395 LAB (AJB)<br><br>**JOINT MOTION FOR DISMISSAL**<br><br>[F.R.Civ.P. Rule 41 (a)(1), (2)] |

**IT IS HEREBY STIPULATED** by and between KAREL SPIKES, Plaintiff, on the one hand, and THE AUTO CENTER and CARLTON SELL, LLC, Defendants, on the other hand, (hereinafter "the Parties") through their respective attorneys of record that said Parties have agreed to resolve the case between them by way of settlement.

The Parties further stipulate that Magistrate Judge Anthony J. Battaglia, or any other Magistrate Judge appointed by the Court, shall retain jurisdiction over all disputes between the Parties arising out of the Settlement Agreement including, but not limited to, interpretation and enforcement of the terms of the Settlement Agreement. The terms of the Settlement Agreement

1

1 are hereby incorporated in this Joint Motion for Dismissal.
2     The Parties further stipulate, pursuant to Federal Rules of
3 Civil Procedure 41(a) (1,2), that this Court enter a dismissal of
4 Plaintiff's Complaint in USDC Case No. 07 cv 2395 LAB (AJB) in
5 its entirety and with prejudice. The Parties further stipulate
6 that each shall bear its, his or her own costs and fees with
7 respect to any claims they may have against each other in the
8 instant action, except as otherwise set forth in the Settlement
9 Agreement.
10    **IT IS SO STIPULATED.**
11                                LAW OFFICES OF AMY B. VANDEVELD
12
13 DATED: 5/9/08        S/Amy B. Vandeveld
14                      AMY B. VANDEVELD,
                        Attorney for Plaintiff
15                      E-mail: abvusdc@hotmail.com
16                      KIMBALL TIREY & ST. JOHN, LLP
17
18 DATED: 5-9-08
19                      By: Craig W. McMahon, Esq.
                        Attorney for Defendants
20
21
22
23
24
25
26
27
28

2