# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>                     Plaintiff,<br>vs.<br><br>THE AUTO CENTER; CARLTON SELL, LLC and DOES 1 through 10, inclusive,<br><br>                     Defendant. | CASE NO. 07cv2395-LAB (AJB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Dkt No. 13] |

Pursuant to the parties' Joint Motion For Dismissal of this Americans With Disabilities Act matter, **IT IS HEREBY ORDERED** this action is dismissed in its entirety with prejudice, with the Magistrate Judge assigned to the case retaining jurisdiction over any disputes between the parties arising out of their Settlement Agreement.

**IT IS SO ORDERED**.

DATED: May 15, 2008

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge